41 So.2d 914

**Thomas BAYLISS, Jr. v. STATE.**

**6 Div. 769.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

---

41 So.2d 914

**Thomas BAYLISS, Jr. v. STATE.**

**6 Div. 770.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

38 So.2d 196

**Fred BEARDEN v. STATE.**

**6 Div. 719.**

Court of Appeals of Alabama.
Oct. 5, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

---

41 So.2d 914

**William Ervin BELCHER v. STATE.**

**6 Div. 764.**

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

41 So.2d 915

**William Ervin BELCHER v. STATE.**

**6 Div. 765.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

---

41 So.2d 915

**William Ervin BELCHER v. STATE.**

**6 Div. 766.**

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.